# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 27, 2022

Mr. James B. Boles,
   Ms. Tonya W. Conley,
   Mr. Craig V. Richardson
UNION PACIFIC RAILROAD
Law Department
1400 Douglas Street
Omaha, NE 68179

Mr. Michael Louis Rosenthal
COVINGTON & BURLING
One City Center
850 Tenth Street, N.W.
Washington, DC 20001-4956

     RE: 22-3648 Union Pacific Railroad Co. v. STB, et al

Dear Counsel:

     We have received a petition for review of an order of the Surface Transportation Board in the above case, together with payment in the amount of $500 for the docket fee. Receipt for docketing fee, if paid by check, will be sent through the mail.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The petition has been filed and docketed. A copy of the petition is hereby served upon the respondents in accordance with Federal Rule of Appellate Procedure, 15(c).

     Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

Page Two
22-3648

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                                      Michael E. Gans
                                      Clerk of Court

CAH

Enclosure(s)

cc:    Mr. Raymond A. Atkins
       Mr. Merrick B. Garland

       District Court/Agency Case Number(s):  EP 755
                                                        EP 665

**Caption For Case Number:   22-3648**

Union Pacific Railroad Co.

        Petitioner

v.

Surface Transportation Board; United States of America

        Respondents

**Addresses For Case Participants:   22-3648**

Mr. James B. Boles
UNION PACIFIC RAILROAD
Law Department
1400 Douglas Street
Omaha, NE  68179

Ms. Tonya W. Conley
UNION PACIFIC RAILROAD
Law Department
1400 Douglas Street
Omaha, NE  68179

Mr. Craig V. Richardson
UNION PACIFIC RAILROAD
Law Department
1400 Douglas Street
Omaha, NE  68179

Mr. Michael Louis Rosenthal
COVINGTON & BURLING
One City Center
850 Tenth Street, N.W.
Washington, DC  20001-4956

Mr. Raymond A. Atkins
SURFACE TRANSPORTATION BOARD
Office of General Counsel
12th Floor
395 E Street, S.W.
Washington, DC  20423-0001

Mr. Merrick B. Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC  20530