

Surface Transportation Board
Washington, D.C. 20423-0001

Office of the General Counsel

202-245-0260
FAX 202-245-0460

July 25, 2023

Michael E. Gans
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

***via CM/ECF***

Re: *Union Pacific Railroad Co. v. Surface Transportation Board, et al.*, No. 22-3648
*Ass'n of American Railroads v. Surface Transportation Board, et al.*, No. 23-1325

Dear Mr. Gans,

    I write to notify the Court that counsel for the Surface Transportation Board has a conflict during the oral argument week of October 16-20, 2023. I would appreciate it if you could take that conflict into account to the extent possible in scheduling oral argument in the above matters.

    Sincerely,

/s/ Drew Van Denover
DREW VAN DENOVER
Attorney
Surface Transportation Board
395 E Street SW
Washington, DC 20423-0001
(202) 245-0276
andrew.vandenover@stb.gov

**<u>cc:</u>**
Counsel of record, via CM/ECF