# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel 202.955.8500
gibsondunn.com

Thomas H. Dupree Jr.
Direct: +1 202.955.8547
Fax: +1 202.530.9670
TDupree@gibsondunn.com

July 25, 2023

<u>VIA CM/ECF</u>

Michael E. Gans, Clerk
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Dear Mr. Gans:

I am counsel of record for petitioners Union Pacific and the Association of American Railroads in Nos. 22-3648 and 23-1325, *Union Pacific Railroad Co. v. STB, et al.*

I write to advise the Court that, owing to long-scheduled prior professional commitments, I am <u>not</u> available for oral argument on the following dates:

Thursday September 21
Friday September 22

Tuesday October 17
Wednesday October 18
Thursday October 19

Thank you for your consideration.

Very truly yours,

Thomas H. Dupree Jr.

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.