Nos. 22-3648 & 23-1325

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

UNION PACIFIC RAILROAD COMPANY,
*Petitioner*,

v.

SURFACE TRANSPORTATION BOARD and UNITED STATES,
*Respondents*,
and
AMERICAN CHEMISTRY COUNCIL, et al.,
*Intervening Respondents*.

_____

ASSOCIATION OF AMERICAN RAILROADS,
*Petitioner*,

v.

SURFACE TRANSPORTATION BOARD and UNITED STATES,
*Respondents*.

_____

**RESPONDENTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE ANY PETITION FOR PANEL
REHEARING OR REHEARING EN BANC**

_____

Respondents the Surface Transportation Board and the United States of America respectfully request a thirty-day extension of time to file any potential petitions for panel rehearing or rehearing en banc. Any such petitions are currently due October 4, 2024. The requested

extension would make them due November 4, 2024.  That additional time is necessary for each Respondent to determine whether and to what extent to seek further appellate review and for Respondents to coordinate with each other.  No party objects to a thirty-day extension.

                              Respectfully submitted,


ROBERT B. NICHOLSON            ANIKA S. COOPER
ROBERT J. WIGGERS              General Counsel
Attorneys
Antitrust Division             /s/ Drew Van Denover
U.S. Department of Justice     DREW VAN DENOVER
Room 3228                      Attorney
950 Pennsylvania Avenue, N.W.  Surface Transportation Board
Washington, DC 20530           395 E Street, S.W.
                               Washington, D.C. 20423
                               (202) 245-0276


September 18, 2024

# CERTIFICATE OF COMPLIANCE

I, Drew Van Denover, hereby certify the following:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 84 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and 27(a)(2)(B).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century font.

    /s/ Drew Van Denover
Counsel for Surface Transportation Board

September 18, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. Participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Drew Van Denover
Counsel for Surface Transportation Board