# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3648

Union Pacific Railroad Co.

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

American Chemistry Council, et al.

Intervenors

------------------------------

Washington Legal Foundation

Amicus on Behalf of Petitioner

No: 23-1325

Association of American Railroads

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

------------------------------

Washington Legal Foundation

Amicus on Behalf of Petitioner

Petitions for Review of an Order of the Surface Transportation Board
(EP 755)
(EP 665)

**ORDER**

The unopposed motion of respondents for an extension of time until November 4, 2024, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

September 23, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Maureen W. Gornik