# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3648

Union Pacific Railroad Co.

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

American Chemistry Council, et al.

Intervenors

------------------------------

Washington Legal Foundation

Amicus on Behalf of Petitioner

No: 23-1325

Association of American Railroads

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

------------------------------

Washington Legal Foundation

Amicus on Behalf of Petitioner

---

Petition for Review of an Order of the Surface Transportation Board
(EP 755)
(EP 665)
(EP 755)

---

**MANDATE**

In accordance with the opinion and judgment of August 20, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 18, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit